ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2007 JUN 21 A 11: 00
CLERK_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY M. RICHARDSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 106-131 |
| | ) | (Formerly CR 105-030) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motions to dismiss (doc. nos. 3, 4) are **GRANTED**, the instant § 2255 motion is **DISMISSED**, and this civil action shall be **CLOSED**.

SO ORDERED this 21st day of June, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE